UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 75.11.10.30,<br><br>    Defendant. | Case No. 21-cv-03456-AGT<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME AND DENYING MOTION TO QUASH AND TO DISMISS**<br><br>Re: Dkt. Nos. 28, 33 |

The plaintiff's motion for an extension of the deadline by which to serve the defendant with process (dkt. 33) is granted. The plaintiff shall have until May 4, 2022, to effectuate service in compliance with the federal rules.

The defendant's motion to quash a prior attempt at service and to dismiss the complaint based on insufficient service of process (dkt. 28) is denied as moot. This denial is without prejudice to the defendant renewing his motion if service is not timely or properly made.

**IT IS SO ORDERED.**

Dated: February 10, 2022

Alex G. Tse
United States Magistrate Judge